**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FREDDY DANILO ORBE ROJAS,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01132-DB** |
| | § | |
| **TODD BLANCHE**, *in his official capacity* | § | |
| *as Acting Attorney General of the United* | § | |
| *States*, *et al.*, | § | |
| **Respondents.** | § | |

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

On this day, the Court considered Attorney Kirsten Fehlan's ("Attorney Fehlan") "Motion for Admission Pro Hac Vice," filed in Petitioner Freddy Danilo Orbe Rojas' above-captioned case on April 20, 2026. ECF No. 3. Therein, Attorney Fehlan "moves this Court to grant admission to the. . . Western District of Texas pro hac vice to represent [Petitioner] Freddy Danilo Orbe Rojas in this case." *Id.* at 1. After due consideration, this Motion is granted.

Accordingly, **IT IS HEREBY ORDERED** that Attorney Fehlan's "Motion for Admission Pro Hac Vice," ECF No. 3, is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Fehlan is **GRANTED LEAVE** to appear pro hac vice on behalf of the Petitioner in this case.

**IT IS FURTHER ORDERED** that Attorney Fehlan apply for admission to practice in the Western District of Texas in compliance with Local Rule for the Western District of Texas AT-1 **WITHIN SIXTY DAYS** of the entry of this Order and diligently pursue that application until admitted to practice before this Court. Should they choose not to pursue admission, they will not be allowed to appear in any other action in the Western District of Texas until they have been formally admitted to practice.

**IT IS FINALLY ORDERED** that Attorney Fehlan **REGISTER** as a filing user with the Court's Case Management/Electronic Case Files (CM/ECF) program within **TEN DAYS** of the entry of this Order in compliance with the administrative policies and procedures for electronic filing in the Western District of Texas.

**SIGNED** this **22nd** day of **April 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**