**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FREDDY DANILO ORBE ROJAS,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-01132-DB** |
| **TODD BLANCHE**, *in his official capacity as Acting Attorney General of the United States*, *et al.*,<br>**Respondents.** | §<br>§<br>§<br>§<br>§ | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the above-captioned case. On May 12, 2026, the parties filed a joint "Notice," ECF No. 10, advising the Court there are no outstanding issues to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **13th** day of **May 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**